IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,                             No. CIV S-07-0967 ALA HC

    vs.

D.R. SISTO, et al.,

    Respondents.                     ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 13, 2007, Respondents filed a motion to dismiss. On July 24, 2007, Petitioner filed a response in opposition to Respondent's motion to dismiss. The court requests Respondents file a reply to Petitioner's response prior to issuing a ruling.

      Therefore, IT IS HEREBY ORDERED that Respondents shall file a reply to Petitioner's July 24, 2007, response in opposition within thirty-five (35) days of the date of this order.

/////

DATED: November 27, 2007

                                                 Arthur L. Alarcón
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation