IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,               No. 2:07-cv-00967 ALA HC

    vs.

D.K. SISTO, Warden

    Respondent.            <u>ORDER</u>

_____/

    Pending before the Court is Steven Eric Walker's ("Petitioner") Request to Alter Judgment and Reconsider the Court's order denying his petition for writ of habeas corpus.

    "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993).

    Petitioner has failed to allege any grounds that would warrant reconsideration of this Court's decision denying Petitioner's application for writ of habeas corpus.

/////

/////

/////

1

1  Therefore, it is hereby ORDERED that Petitioner's Request to Alter Judgment and
2  Reconsider the Court's Order Denying Petition for Writ of Habeas Corpus (doc. 20) is DENIED.
3  /////
4  DATED: July 21, 2008
5                                          /s/ Arthur L. Alarcón
6                                          _____
7                                          UNITED STATES CIRCUIT JUDGE
   Sitting by Designation