1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN ERIC WALKER,

11            Petitioner,              No. 2:07-cv-00967 ALA HC

12       vs.

13   D.K. SISTO, Warden, et al

14            Respondents.            <u>ORDER</u>

15   _____/

16       On July 13, 2007, Respondent filed a motion to dismiss (doc. 9), arguing that Petitioner

17   was not entitled to habeas relief because he did not raise any federal claims, but rather

18   challenged the state courts' interpretations of state law.  On July 7, 2008, the Court denied

19   Petitioner's application for a writ of habeas corpus (doc. 19).  In that order, the Court accepted

20   Respondent's argument that Petitioner's claims were premised on violations of state law.

21       THEREFORE, it is ORDERED that Respondent's motion to dismiss (doc. 9) be DENIED

22   on grounds of mootness.

23   /////

24   DATED: July 25, 2008

25                              /s/ Arthur L. Alarcón
                                _____
                                UNITED STATES CIRCUIT JUDGE
26                              Sitting by Designation