IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WALKER,

   Petitioner,     No. 2:07-cv-00967 ALA (HC)

  vs.

D.K. SISTO, Warden, et al.,

   Respondent.   ORDER

_____/

   Petitioner Eric Walker, a state prisoner proceeding pro se, has timely filed a notice of appeal of this Court's July 7, 2008 order denying his application for a writ of habeas corpus.  On July 28, 2008, Mr. Walker filed a duly executed application to proceed *in forma pauperis* on appeal pursuant to Rule 24 of the Federal Rules of Appellate Procedure.

   Good cause appearing, IT IS HEREBY ORDERED that Petitioner's request to proceed *in forma pauperis* is GRANTED.

*/////*

DATED: August 5, 2008

_____  /s/ Arthur L. Alarcón
             UNITED STATES CIRCUIT JUDGE
             Sitting by Designation